**No. 42353.**—Protests 937107–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the banks and marcel irons in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42354.**—Protests 944405–G, etc., of N. Y. Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the banks and marcel irons in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42355.**—Protest 946504–G of W. C. Auger (San Francisco)..

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of gilt brass oblong boxes, gilt silver and enamel boxes, pewter square boxes, and pewter cups. The claim as table or household utensils at 40 percent under paragraph 339 was therefore sustained. United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445), Dow v. United States (id. 282, T. D. 46816), and Rice v. United States (24 id. 114, T. D. 48415) followed.

**No. 42356.**—Protests 968796–G, etc., of Irving W. Rice Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of sprays chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. Rice v. United States (T. D. 49373), Dow v. United States (21 C. C. P. A. 282, T. D. 46816), and United States v. Friedlaender (id., 103, T. D. 46445) cited.

**No. 42357.**—Protest 989481–G of A. Cohen & Sons Corp. (New York).

Opinion by DALLINGER, J. Atomizers stipulated to be similar to those the subject of Rice v. United States (T. D. 49373) were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42358.**—Protests 923607–G, etc., of Guth Stern & Co., Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of hollow bottles, jars, and bottle containers similar to those the subject of Viking Trading Co. v. United States (C. D. 132). The claim as hollow ware at 40 percent under paragraph 339 was therefore sustained.